## Case No. 2,130.

### In re BULLOCK et al.

[1 Wkly. Notes Cas. 22.]

District Court, E. D. Pennsylvania. Oct. 12, 1874.

INVOLUNTARY BANKRUPTCY — PETITIONING CREDITORS—PROVING REQUIRED MAJORITY — FIXING TIME OF PROOF.

[In bankruptcy. Petition by creditors of Benj. Bullock's Sons to have them adjudicated bankrupts. Motion for the court to designate a time for the dismissal of the petition, if the petitioning creditors do not show that the required number of creditors have joined in the petition.]

Mr. Bullitt, for alleged bankrupts.

H. M. Dechert and Mr. Penrose, for petitioning creditors.

THE COURT ordered, that, pending the investigation of the sufficiency of the list of

creditors furnished by the alleged bankrupts, and of the question what debts are to be included in the computation, etc., the period of twenty days from October 12, 1874, be limited provisionally, within which other creditors may join in the petition, and that said time should not be enlarged unless upon sufficient cause hereafter shown.